RECEIVED
MAY 1 6 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/12/07

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**LAFAYETTE DIVISION**

| | |
|---|---|
| **GREGORY PAUL DAMM** | **CIVIL ACTION NO. 07-717** |
| VS. | **SECTION P** |
| **JUDGE EDWARD D. RUBIN, ET AL.** | **JUDGE HAIK** |
| | **MAGISTRATE JUDGE HILL** |

## ORDER

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Motion for the issuance of a temporary restraining order and preliminary injunction [rec. doc. 7] is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 11th day of June, 2007.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE